# Court of Appeals
# of the State of Georgia

ATLANTA,  September 30, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0201. ANNA CUMMINGS, et al v. BRIAN KEMP, GOVENOR OF THE STATE OF GEORGIA et al.**

Anna Cummings and GeorgiaCarry.org, Inc. (the "Plaintiffs") filed a complaint seeking mandamus, declaratory, and injunctive relief against Brian Kemp, individually and in his capacity as the Governor of the State of Georgia, and Patty Laine, individually and in her capacity as a judge in the Probate Court of Hall County. The complaint alleged, among other things, that Kemp and Laine violated Cummings's rights to bear arms and to due process under the Georgia Constitution. The trial court denied the request for injunctive relief and dismissed the complaint. The Plaintiffs appeal.

The Supreme Court has exclusive appellate jurisdiction in "all cases in which the constitutionality of a law, ordinance, or constitutional provision has been drawn in question." Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1); see also *Zarate-Martinez v. Echemendia*, 299 Ga. 301, 304 (2) (788 SE2d 405) (2016). Consequently, jurisdiction over this appeal may lie in the Supreme Court. As the Supreme Court has

the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this case is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,*  09/30/2020
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*